Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 4

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>UNITED STATES, ET AL.<br>Defendants. | **SUMMONS** |

**TO:** The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney


_____
          Date