UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| ENVIRONMENT ONE CORPORATION, | : |
| Plaintiff, | : Court No. 22-00124 |
| v. | : |
| UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION, | : |
| Defendant. | : |

**ORDER**

Upon reading defendants' motion requesting to stay consideration of the merits of plaintiff's claims, to deny the request to convert defendants' motion to dismiss, and to extend the time to file a reply in further support of their motion to dismiss, and upon consideration of the plaintiff's consent to the extension of time and decision not to file any opposition to defendants' other requests for relief, it is hereby

ORDERED that defendants' motion be, and hereby is, granted; and

ORDERED that any consideration of the merits of plaintiff's claims is stayed until after the Court resolves defendants' motion to dismiss for lack of subject-matter jurisdiction and, in the alternative, for failure to state a claim upon which relief may be granted (ECF No. 19, "defendants' motion to dismiss"); and

ORDERED that plaintiff's apparent request to convert defendants' motion to dismiss to a motion for summary judgment is denied; and

ORDERED that defendants' time to file a reply in further support of its motion to dismiss is hereby extended to September 19, 2022.

Dated:  New York, New York
       This 29th day of August, 2022

/s/ Mark A. Barnett
Chief Judge