UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| ENVIRONMENT ONE CORPORATION ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; ) <br> OFFICE OF THE UNITED STATES TRADE ) <br> REPRESENTATIVE; KATHERINE TAI, ) <br> U.S. TRADE REPRESENTATIVE; ) <br> U.S. CUSTOMS & BORDER PROTECTION; ) <br> CHRIS MAGNUS, COMMISSIONER, ) <br> U.S. CUSTOMS AND BORDER PROTECTION ) <br> ) <br> *Defendants*. ) | Court No. 22-00124 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: June 30, 2023

Respectfully submitted,

SIMON GLUCK & KANE LLP
By: /s/Christopher M. Kane
Christopher M. Kane
Daniel J. Gluck
Mariana del Rio Kostenwein
535 Fifth Avenue, Fourth Floor
New York, New York 10017
Tel: (212) 775-0055
ckane@customs-law.com

*Counsel for Plaintiff*

        BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:  /s/Mikki Cottet

*Of Counsel:*        MIKKI COTTET
        Senior Trial Counsel
Valerie Sorensen-Clark    U.S. Department of Justice
Attorney        Civil Division
Office of the Assistant Chief Counsel    Commercial Litigation Branch
International Trade Litigation    PO Box 480
U.S. Customs and Border Protection    Ben Franklin Station
Department of Homeland Security    Washington, DC 20044
26 Federal Plaza, Suite 258    Telephone: 202-307-0962
New York, NY 10278    Facsimile: 202-514-7965
        E-mail: Mikki.Cottet@usdoj.gov

*Counsel for Defendants*